**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| | § |
| In re: | §   Chapter 11 |
| | § |
| MIDSTATES PETROLEUM COMPANY, INC., *et al.*,[1] | §   Case No. 16-32237 (DRJ) |
| | § |
| Debtors. | §   (Jointly Administered) |
| | § |

**NOTICE OF FILING OF PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE** that on July 13, 2016, the United States Bankruptcy Court of the Southern District of Texas (the "Court") entered the order [Docket No. 388] (the "Disclosure Statement Order"):  (a) authorizing Midstates Petroleum Company, Inc. and its debtor affiliate (together, the "Debtors") to solicit acceptances for the *First Amended Joint Chapter 11 Plan of Reorganization of Midstates Petroleum Company, Inc. and Its Debtor Affiliate* (as may be modified, amended, or supplemented from time to time, the "Plan");[2] (b) approving the *Disclosure Statement for the First Amended Joint Chapter 11 Plan of Reorganization of Midstates Petroleum Company, Inc. and Its Debtor Affiliate* (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE** that as contemplated by the Plan and the Disclosure Statement Order approving the Disclosure Statement, the Plan Supplement contains the following attached documents:  (a) the New Organizational Documents; (b) the New Credit Agreement; (c) the Schedule of Assumed Executory Contracts and Unexpired Leases; (d) a list of retained Causes of Action; (e) a document identifying the members of the New Board; (f) the Registration Rights Agreement; and (g) the form of the New Warrants.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to alter, amend, modify, or supplement any document in the Plan Supplement in accordance with the Plan; *provided* that if any document in the Plan Supplement is altered, modified, or supplemented in any material respect, the Debtors will file a revised version of such document with the Court.

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are:  Midstates Petroleum Company, Inc. (1816) and Midstates Petroleum Company LLC (2434).  The debtors' service address is:  321 South Boston, Suite 1000, Tulsa, Oklahoma 74103.

[2]   Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Court will consider Confirmation of the Plan (the "Confirmation Hearing") will commence on **August 17, 2016, at 3:00 p.m.**, prevailing Central Time, before the Honorable David R. Jones, in the United States Bankruptcy Court for the Southern District of Texas, located at 515 Rusk Street, Courtroom 400, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that upon the filing of a Continuance Notice (as such term is defined in the Disclosure Statement Order), the Confirmation Hearing will be continued to **August 29, 2016, at 9:00 a.m.**, prevailing Central Time (the "Continued Confirmation Hearing Date").

**PLEASE TAKE FURTHER NOTICE** that as soon as practicable following the filing of a Continuance Notice, the Debtors will file and serve upon all parties on the Master Service List and any party who has timely objected to the Plan a notice announcing that the Confirmation Hearing instead will commence on the Continued Confirmation Hearing Date.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing objections to the Plan is **August 10, 2016, at 4:00 p.m.**, prevailing Central Time (the "Plan Objection Deadline"). All objections to the relief sought at the Confirmation Hearing *must*:  (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state, with particularity, the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; *and* (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be *actually received* on or before the Plan Objection Deadline:

| *Co-Counsel to the Debtors* | |
|---|---|
| Edward O. Sassower, P.C. <br> Joshua A. Sussberg, P.C. <br> **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> 601 Lexington Avenue <br> New York, New York 10022 <br><br> -and- <br><br> James H.M. Sprayregen, P.C. <br> William A. Guerrieri <br> Jason Gott <br> **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> 300 North LaSalle <br> Chicago, Illinois 60654 | Patricia B. Tomasco <br> Matthew D. Cavenaugh <br> Jennifer F. Wertz <br> **JACKSON WALKER L.L.P.** <br> 1401 McKinney Street, Suite 1900 <br> Houston, Texas 77010 |

| *U.S. Trustee* |
|---|
| Diane Livingstone<br>**OFFICE OF THE UNITED STATES TRUSTEE**<br>**SOUTHERN DISTRICT OF TEXAS**<br>515 Rusk Street, Suite 3516<br>Houston, Texas 77002 |
| *Counsel to the Agent Under the Debtors' First Lien Credit Facility* |
| Charles S. Kelley<br>Joshua Wackerly<br>**MAYER BROWN LLP**<br>700 Louisiana Street, Suite 3400<br>Houston, Texas 77002<br><br>-and-<br><br>Frederick D. Hyman<br>Christine A. Walsh<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020 |
| *Counsel to the Consenting Second Lien Notes Ad Hoc Committee* |
| Brian Resnick<br>Natasha Tsiouris<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, New York 10017 |
| *Counsel to the Consenting Cross-Over Notes Ad Hoc Committee* |
| Dennis Dunne<br>Tyson Lomazow<br>**MILBANK, TWEED, HADLEY & MCCLOY LLP**<br>28 Liberty Street<br>New York, New York 10005 |

| *Counsel to the Official Committee of Unsecured Creditors* |
|---|
| Norman N. Kinel<br>Nava Hazan<br>**SQUIRE PATTON BOGGS (US) LLP**<br>30 Rockefeller Plaza<br>New York, New York 10112<br><br>-and-<br><br>Michael S. Forshey<br>Karol K. Denniston<br>**SQUIRE PATTON BOGGS (US) LLP**<br>2000 McKinney Avenue, Suite 1700<br>Dallas, Texas 75201 |

**PLEASE TAKE FURTHER NOTICE** that all documents filed in the above-captioned chapter 11 cases are available free of charge by visiting http://www.kccllc.net/midstates or by calling (888) 733-1446 (toll free) or +1 (310) 751-2635 (international).  You may also obtain copies of any pleadings filed in these chapter 11 cases by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

| ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND **ARTICLE VIII.E. CONTAINS A THIRD-PARTY RELEASE**.  THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER. **UNLESS YOU TIMELY AND PROPERLY OPT OUT OF THE THIRD-PARTY RELEASE ON YOUR BALLOT OR TIMELY AND PROPERLY OBJECT TO THE THIRD-PARTY RELEASE AS SET FORTH HEREIN, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE THIRD-PARTY RELEASE AND WILL BE FOREVER BOUND BY THE TERMS THEREOF.** |
|---|

[*Remainder of page intentionally left blank.*]

Houston, Texas                  */s/ Joshua A. Sussberg, P.C.*
Dated:  August 3, 2016          Patricia B. Tomasco (TX Bar No. 01797600)
                                Matthew D. Cavenaugh (TX Bar No. 24062656)
                                Jennifer F. Wertz (TX Bar No. 24072822)
                                **JACKSON WALKER L.L.P.**
                                1401 McKinney Street, Suite 1900
                                Houston, Texas 77010
                                Telephone:     (713) 752-4200
                                Facsimile:     (713) 752-4221
                                Email:         ptomasco@jw.com
                                               mcavenaugh@jw.com
                                               jwertz@jw.com

                                -and-

                                Edward O. Sassower, P.C. (admitted *pro hac vice*)
                                Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
                                **KIRKLAND & ELLIS LLP**
                                **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                601 Lexington Avenue
                                New York, New York 10022
                                Telephone:     (212) 446-4800
                                Facsimile:     (212) 446-4900
                                Email:         edward.sassower@kirkland.com
                                               joshua.sussberg@kirkland.com

                                -and-

                                James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
                                William A. Guerrieri (admitted *pro hac vice*)
                                Jason Gott (admitted *pro hac vice*)
                                **KIRKLAND & ELLIS LLP**
                                **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                300 North LaSalle
                                Chicago, Illinois 60654
                                Telephone:     (312) 862-2000
                                Facsimile:     (312) 862-2200
                                Email:         james.sprayregen@kirkland.com
                                Email:         will.guerrieri@kirkland.com
                                Email:         jason.gott@kirkland.com


                                *Counsel to the Debtors and Debtors in Possession*

## <u>Certificate of Service</u>

I certify that on August 3, 2016, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Joshua A. Sussberg, P.C.*
One of Counsel