## **Exhibits to the Plan Supplement**

**Exhibit A:**       New Organizational Documents;

**Exhibit B:**       New Credit Agreement;

**Exhibit C:**       Schedule of Assumed Executory Contracts and Unexpired Leases;

**Exhibit D:**       List of Retained Causes of Action;

**Exhibit E:**       Identities of the Members of the New Board and Officers of the Reorganized Debtors;

**Exhibit F:**       Registration Rights Agreement; and

**Exhibit G:**       Form of the New Warrants.