**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MIDSTATES PETROLEUM COMPANY, INC., *et al.*,[1] | § | Case No. 16-32237 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**NOTICE OF FILING OF SECOND SUPPLEMENT TO PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE** that on July 13, 2016, the United States Bankruptcy Court of the Southern District of Texas (the "Court") entered the order [Docket No. 388]: (a) authorizing Midstates Petroleum Company, Inc. and its debtor affiliate (together, the "Debtors") to solicit acceptances for the *First Amended Joint Chapter 11 Plan of Reorganization of Midstates Petroleum Company, Inc. and Its Debtor Affiliate* (as may be modified, amended, or supplemented from time to time, the "Plan");[2] (b) approving the *Disclosure Statement for the First Amended Joint Chapter 11 Plan of Reorganization of Midstates Petroleum Company, Inc. and Its Debtor Affiliate* as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE** that on August 3, 2016, the Debtors filed the *Notice of Filing Plan Supplement* [Docket No. 438] (as may be altered, amended, modified, or supplemented from time to time, the "Plan Supplement").

**PLEASE TAKE FURTHER NOTICE** that on August 9, 2016, the Debtors filed the *Notice of Filing of First Supplement to Plan Supplement* [Docket No. 455].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the First Supplemental Schedule of Assumed Executory Contracts and Unexpired Leases. For the avoidance of doubt, **Exhibit A** supplements and does not replace the Schedule of Assumed Executory Contracts and Unexpired Leases previously filed with the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to alter, amend, modify, or supplement any document in the Plan Supplement in accordance with the

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Midstates Petroleum Company, Inc. (1816) and Midstates Petroleum Company LLC (2434). The debtors' service address is: 321 South Boston, Suite 1000, Tulsa, Oklahoma 74103.

[2]   Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Plan.

Plan; *provided* that if any document in the Plan Supplement is altered, modified, or supplemented in any material respect, the Debtors will file a revised version of such document with the Court.

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Court will consider Confirmation of the Plan will commence on **August 29, 2016, at 9:00 a.m.**, prevailing Central Time.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in the above-captioned chapter 11 cases are available free of charge by visiting http://www.kccllc.net/midstates or by calling (888) 733-1446 (toll free) or +1 (310) 751-2635 (international).  You may also obtain copies of any pleadings filed in these chapter 11 cases by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*.]

Houston, Texas
Dated:  August 10, 2016

*/s/ Joshua A. Sussberg, P.C.*

Patricia B. Tomasco (TX Bar No. 01797600)
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:     (713) 752-4200
Facsimile:      (713) 752-4221
Email:            ptomasco@jw.com
                        mcavenaugh@jw.com
                        jwertz@jw.com

-and-

Edward O. Sassower, P.C. (admitted *pro hac vice*)
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
                        joshua.sussberg@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
William A. Guerrieri (admitted *pro hac vice*)
Jason Gott (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
Email:            will.guerrieri@kirkland.com
Email:            jason.gott@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on August 10, 2016, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Joshua A. Sussberg, P.C.*
One of Counsel

## Exhibit A

**First Supplemental Schedule of Assumed Executory Contracts and Unexpired Leases**

**In re Midstates Petroleum Company, Inc.,** *et al*

**First Supplemental Schedule of Assumed Executory Contracts and Unexpired Leases**

The following is a first supplemental schedule of contracts between the Debtors[1] in these chapter 11 cases, and the third party set forth in the chart below that will be assumed and assigned to the Debtors pursuant to section 365 of the Bankruptcy Code and pursuant to the Plan.[2]  As of the Effective Date, each Debtor shall be deemed to have rejected each Executory Contract and Unexpired Lease to which it is a party, unless such Executory Contract or Unexpired Lease:  (1) was previously assumed or rejected; (2) was previously expired or terminated pursuant to its own terms; (3) is the subject of a motion or notice to assume filed on or before the Confirmation Date; or (4) is designated specifically or by category as an Executory Contract or Unexpired Lease on this Schedule of Assumed Executory Contracts and Unexpired Leases.  For the avoidance of doubt, any Executory Contract or Unexpired Lease which does not appear on this Schedule of Assumed Executory Contracts and Unexpired Leases, and which is not subject to one of the conditions for assumption of Executory Contracts and Unexpired Leases listed in this paragraph shall be deemed rejected on the Effective Date.  For the avoidance of doubt, this schedule supplements and does <u>not</u> replace the Schedule of Assumed Executory Contracts and Unexpired Leases previously filed with the Plan Supplement on August 3, 2016 [Docket No. 438].

Nothing herein shall be construed as a concession or evidence that any of the contracts identified herein: (i) constitutes an "executory contract" within the meaning of 11 U.S.C. § 365 and other applicable law; or (ii) has not expired, been terminated or otherwise currently is in full force and effect.  Rather, the Debtors expressly reserve all of their rights with respect thereto, including their right to seek a later determination of these issues and their right to dispute the validity, status, characterization or enforceability of any contracts, agreements or leases set forth herein.  Certain of these contracts, agreements and leases may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed herein, but are nonetheless incorporated herein by this reference. Prior to the entry of a Final Order approving the assumption and assignment of any Executory Contract or Unexpired Lease, the Debtors reserve the right to reject any Executory Contract or Unexpired Lease, including any Executory Contract or Unexpired Lease listed on this SchNotice edule of Assumed Executory Contracts and Unexpired Leases.

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are:  Midstates Petroleum Company, Inc. (1816) and Midstates Petroleum Company LLC (2434).  The debtors' service address is:  321 South Boston, Suite 1000, Tulsa, Oklahoma 74103.

[2]     Capitalized terms used but not otherwise defined in this schedule shall have the meanings ascribed to such terms in the Plan.

MIDSTATES PETROLEUM COMPANY, INC., ET AL.
CASE NO. 16-32237
CONTRACTS TO BE ASSUMED
THIS EXHIBIT SUPPLEMENTS AND DOES NOT REPLACE THE SCHEDULE OF ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES FILED ON AUGUST 3, 2016 [DOCKET NO. 438]

| No. | Debtor | Contract Counterparty | Contract Type | Cure Amount |
|---|---|---|---|---|
| 1 | Midstates Petroleum Company LLC | KAREN WHITE | ON CA/OIL & GAS LEASE | $0.00 |
| 2 | Midstates Petroleum Company LLC | KAREN SUE HARREL SARTAIN & CHARLES SARTAIN | ON CA/OIL & GAS LEASE | $0.00 |
| 3 | Midstates Petroleum Company LLC | CATHERINE JOYCE HARREL ROUNDS & LYLE W. ROUNDS | ON CA/OIL & GAS LEASE | $0.00 |
| 4 | Midstates Petroleum Company LLC | VICKIE LEE HARREL BROADBENT FKAVICKIE LEE HARREL CLEM & RICHARD BROD | ON CA/OIL & GAS LEASE | $0.00 |
| 5 | Midstates Petroleum Company LLC | PATRICIA ANN HARREL CATES | ON CA/OIL & GAS LEASE | $0.00 |
| 6 | Midstates Petroleum Company LLC | THELMA JEAN HARREL KAUKAKA THELMA JEAN HARREL HARRIS | ON CA/OIL & GAS LEASE | $0.00 |
| 7 | Midstates Petroleum Company LLC | MELVIN WILSON TRUSTEE OF THE MELVIN WILSON TRUSTU/T/A DATED OCTOBE | ON CA/OIL & GAS LEASE | $0.00 |
| 8 | Midstates Petroleum Company LLC | 7W INC | ON CA/OIL & GAS LEASE | $0.00 |
| 9 | Midstates Petroleum Company LLC | DKW ENERGY, INC. | ON CA/OIL & GAS LEASE | $0.00 |
| 10 | Midstates Petroleum Company LLC | KAW ENERGY, INC. | ON CA/OIL & GAS LEASE | $0.00 |
| 11 | Midstates Petroleum Company LLC | ROYAL ROSE LLC | ON CA/OIL & GAS LEASE | $0.00 |
| 12 | Midstates Petroleum Company LLC | JUDITH C. JANSEN | ON CA/OIL & GAS LEASE | $0.00 |
| 13 | Midstates Petroleum Company LLC | FAITH JANSEN-BREWER FKA DEBORAH FAITH JANSENAKA DEBORAH FAITH BREW | ON CA/OIL & GAS LEASE | $0.00 |
| 14 | Midstates Petroleum Company LLC | HARREL'S LLC | ON CA/OIL & GAS LEASE | $0.00 |
| 15 | Midstates Petroleum Company LLC | SHAUNA KAY HOVEY | ON CA/OIL & GAS LEASE | $0.00 |
| 16 | Midstates Petroleum Company LLC | OKKI INDUSTRIES, LLC | ON CA/OIL & GAS LEASE | $0.00 |
| 17 | Midstates Petroleum Company LLC | ABERDEEN INVESTMENTS, LLC | ON CA/OIL & GAS LEASE | $0.00 |
| 18 | Midstates Petroleum Company LLC | JOANNE L. BYRNE, TRUSTEE FO THE J.L. BYRNE REVOCABLEFAMILY INTER VIVOS | ON CA/OIL & GAS LEASE | $0.00 |
| 19 | Midstates Petroleum Company LLC | FREDERICK S. LOTT, JR | ON CA/OIL & GAS LEASE | $0.00 |
| 20 | Midstates Petroleum Company LLC | LELAND EUGENE HOWARD | ON CA/OIL & GAS LEASE | $0.00 |
| 21 | Midstates Petroleum Company LLC | MARY HAGLUND | ON CA/OIL & GAS LEASE | $0.00 |
| 22 | Midstates Petroleum Company LLC | BOWERS OIL AND GAS INC | ON CA/OIL & GAS LEASE | $0.00 |
| 23 | Midstates Petroleum Company LLC | MATSON ROYALTY CO | ON CA/OIL & GAS LEASE | $0.00 |
| 24 | Midstates Petroleum Company LLC | SYLVIA MAE HEAD & DICKEY BOB HEAD | ON CA/OIL & GAS LEASE | $0.00 |
| 25 | Midstates Petroleum Company LLC | WALTER FRANK GILLISPIE & LU ANN GILLISPIE | ON CA/OIL & GAS LEASE | $0.00 |
| 26 | Midstates Petroleum Company LLC | BEN EARL GILLISPIE | ON CA/OIL & GAS LEASE | $0.00 |
| 27 | Midstates Petroleum Company LLC | LINDA FAY DAVIS & WIRT DAVIS | ON CA/OIL & GAS LEASE | $0.00 |
| 28 | Midstates Petroleum Company LLC | JUDY ROYCE STEDJE & MIKE STEDJE | ON CA/OIL & GAS LEASE | $0.00 |
| 29 | Midstates Petroleum Company LLC | ROBERT JACK GILLISPIE & KATHY GILLISPIE | ON CA/OIL & GAS LEASE | $0.00 |
| 30 | Midstates Petroleum Company LLC | THE HEIRS AND SUCCESSORS OF MRS. RUFUS GILBERT | OIL & GAS LEASE | $0.00 |
| 31 | Midstates Petroleum Company LLC | WASHITA OIL & GAS LLC | OIL & GAS LEASE | $0.00 |
| 32 | Midstates Petroleum Company LLC | TEDDY L YOUNGBEAR | OIL & GAS LEASE | $0.00 |
| 33 | Midstates Petroleum Company LLC | JESSICA R YOUNGBEAR | OIL & GAS LEASE | $0.00 |
| 34 | Midstates Petroleum Company LLC | ANDREA B YOUNGBEAR PATTERSON | OIL & GAS LEASE | $0.00 |
| 35 | Midstates Petroleum Company LLC | TERRILL RAY YOUNGBEAR | OIL & GAS LEASE | $0.00 |
| 36 | Midstates Petroleum Company LLC | MILLICENT MAE YOUNGBEAR | OIL & GAS LEASE | $0.00 |
| 37 | Midstates Petroleum Company LLC | GERALDINE B FARIS | OIL & GAS LEASE | $0.00 |
| 38 | Midstates Petroleum Company LLC | JOSEPH RAY LUNSFORD | OIL & GAS LEASE | $0.00 |
| 39 | Midstates Petroleum Company LLC | LUTHER LESLIE LUNSFORD | OIL & GAS LEASE | $0.00 |
| 40 | Midstates Petroleum Company LLC | MARSHALL TASSO BAXTER | OIL & GAS LEASE | $0.00 |
| 41 | Midstates Petroleum Company LLC | KATHRYN BELL | OIL & GAS LEASE | $0.00 |
| 42 | Midstates Petroleum Company LLC | HERSCHEL H BENTON | OIL & GAS LEASE | $0.00 |
| 43 | Midstates Petroleum Company LLC | JOE RYAN BLACKWOLF | OIL & GAS LEASE | $0.00 |
| 44 | Midstates Petroleum Company LLC | ROBERTA CURTIS BROMLEY | OIL & GAS LEASE | $0.00 |
| 45 | Midstates Petroleum Company LLC | JAMES HOWLINGWATER | OIL & GAS LEASE | $0.00 |
| 46 | Midstates Petroleum Company LLC | MARGARET R SANKEY | OIL & GAS LEASE | $0.00 |
| 47 | Midstates Petroleum Company LLC | BARBARA E CLAYTON | OIL & GAS LEASE | $0.00 |
| 48 | Midstates Petroleum Company LLC | ZENOMA TASSO | OIL & GAS LEASE | $0.00 |
| 49 | Midstates Petroleum Company LLC | GIGI PEOPLES | OIL & GAS LEASE | $0.00 |
| 50 | Midstates Petroleum Company LLC | DEBORAH E KING | OIL & GAS LEASE | $0.00 |
| 51 | Midstates Petroleum Company LLC | PAUL TALLBEAR | OIL & GAS LEASE | $0.00 |
| 52 | Midstates Petroleum Company LLC | JUANITA HEAP OF BIRDS | OIL & GAS LEASE | $0.00 |
| 53 | Midstates Petroleum Company LLC | RONNIE L BENTON | OIL & GAS LEASE | $0.00 |
| 54 | Midstates Petroleum Company LLC | MARVIN A TASSO | OIL & GAS LEASE | $0.00 |
| 55 | Midstates Petroleum Company LLC | AARON SMITH SR | OIL & GAS LEASE | $0.00 |
| 56 | Midstates Petroleum Company LLC | CODY G HOLLINSHEAD | OIL & GAS LEASE | $0.00 |
| 57 | Midstates Petroleum Company LLC | YOLANDA STARR | OIL & GAS LEASE | $0.00 |
| 58 | Midstates Petroleum Company LLC | RAYMOND J GOSS | OIL & GAS LEASE | $0.00 |
| 59 | Midstates Petroleum Company LLC | JEAN A COLEMAN | OIL & GAS LEASE | $0.00 |
| 60 | Midstates Petroleum Company LLC | NADINE SPENCER | OIL & GAS LEASE | $0.00 |
| 61 | Midstates Petroleum Company LLC | CUB M RIDDLE | OIL & GAS LEASE | $0.00 |
| 62 | Midstates Petroleum Company LLC | KIRBY MURRAY | OIL & GAS LEASE | $0.00 |
| 63 | Midstates Petroleum Company LLC | LANCE HANSEN | OIL & GAS LEASE | $0.00 |
| 64 | Midstates Petroleum Company LLC | RAMONA GOODHUNT | OIL & GAS LEASE | $0.00 |
| 65 | Midstates Petroleum Company LLC | JOHNNY EDWARDS IV | OIL & GAS LEASE | $0.00 |
| 66 | Midstates Petroleum Company LLC | NORTHERN DARRELL NANPUYA | OIL & GAS LEASE | $0.00 |
| 67 | Midstates Petroleum Company LLC | THOMAS MELENDEZ SR | OIL & GAS LEASE | $0.00 |
| 68 | Midstates Petroleum Company LLC | MARISA DEANNA MELENDEZ ARVISO | OIL & GAS LEASE | $0.00 |
| 69 | Midstates Petroleum Company LLC | GREGORY EUGENE ELLICK | OIL & GAS LEASE | $0.00 |
| 70 | Midstates Petroleum Company LLC | ADELLA KATHERINE GREEN | OIL & GAS LEASE | $0.00 |
| 71 | Midstates Petroleum Company LLC | BILLY RAY HAWK | OIL & GAS LEASE | $0.00 |
| 72 | Midstates Petroleum Company LLC | ROBERT R TASSO | OIL & GAS LEASE | $0.00 |
| 73 | Midstates Petroleum Company LLC | PHOEBE A REDBIRD | OIL & GAS LEASE | $0.00 |
| 74 | Midstates Petroleum Company LLC | JULIA HAWK RODRIGUEZ | OIL & GAS LEASE | $0.00 |
| 75 | Midstates Petroleum Company LLC | LUCY FLORENCE SCRAPER | OIL & GAS LEASE | $0.00 |
| 76 | Midstates Petroleum Company LLC | PENNY MARTY SCRAPER | OIL & GAS LEASE | $0.00 |
| 77 | Midstates Petroleum Company LLC | RICHARD EARL SCRAPER | OIL & GAS LEASE | $0.00 |
| 78 | Midstates Petroleum Company LLC | AARON SMITH | OIL & GAS LEASE | $0.00 |
| 79 | Midstates Petroleum Company LLC | EDWIN SMITH | OIL & GAS LEASE | $0.00 |
| 80 | Midstates Petroleum Company LLC | LORETTA J SMITH | OIL & GAS LEASE | $0.00 |
| 81 | Midstates Petroleum Company LLC | MAGGIE SMITH | OIL & GAS LEASE | $0.00 |
| 82 | Midstates Petroleum Company LLC | WILBUR DEAN SPANG | OIL & GAS LEASE | $0.00 |
| 83 | Midstates Petroleum Company LLC | TERRI L TASSO STEBENS | OIL & GAS LEASE | $0.00 |
| 84 | Midstates Petroleum Company LLC | FREDDIE TALLBEAR | OIL & GAS LEASE | $0.00 |
| 85 | Midstates Petroleum Company LLC | MOSES TALLBEAR | OIL & GAS LEASE | $0.00 |
| 86 | Midstates Petroleum Company LLC | WILLIAM D TALLBEAR | OIL & GAS LEASE | $0.00 |
| 87 | Midstates Petroleum Company LLC | THELMA A TARTSAH | OIL & GAS LEASE | $0.00 |
| 88 | Midstates Petroleum Company LLC | HENRY TASSO | OIL & GAS LEASE | $0.00 |
| 89 | Midstates Petroleum Company LLC | LORINDA JOYCE TASSO | OIL & GAS LEASE | $0.00 |
| 90 | Midstates Petroleum Company LLC | SAADIA J TASSO | OIL & GAS LEASE | $0.00 |
| 91 | Midstates Petroleum Company LLC | DEBRA T WATTS TEETER | OIL & GAS LEASE | $0.00 |

MIDSTATES PETROLEUM COMPANY, INC., ET AL.
CASE NO. 16-32237
CONTRACTS TO BE ASSUMED
THIS EXHIBIT SUPPLEMENTS AND DOES NOT REPLACE THE SCHEDULE OF ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES FILED ON AUGUST 3, 2016 [DOCKET NO. 438]

| No. | Debtor | Contract Counterparty | Contract Type | Cure Amount |
|---|---|---|---|---|
| 92 | Midstates Petroleum Company LLC | DANA RICHARD WALSH | OIL & GAS LEASE | $0.00 |
| 93 | Midstates Petroleum Company LLC | ROSE YELLOW EAGLE CARLSON WASSANA | OIL & GAS LEASE | $0.00 |
| 94 | Midstates Petroleum Company LLC | ELWIN P WELBOURNE | OIL & GAS LEASE | $0.00 |
| 95 | Midstates Petroleum Company LLC | RICHARD D WELBOURNE | OIL & GAS LEASE | $0.00 |
| 96 | Midstates Petroleum Company LLC | TENNYSON L WELBOURNE | OIL & GAS LEASE | $0.00 |
| 97 | Midstates Petroleum Company LLC | TERRI L WELBOURNE | OIL & GAS LEASE | $0.00 |
| 98 | Midstates Petroleum Company LLC | CHARLES MURRAY | OIL & GAS LEASE | $0.00 |
| 99 | Midstates Petroleum Company LLC | MICHELLE NANPUYA | OIL & GAS LEASE | $0.00 |
| 100 | Midstates Petroleum Company LLC | LAVONNE GOODBLANKET OLDMAN | OIL & GAS LEASE | $0.00 |
| 101 | Midstates Petroleum Company LLC | SHERON MARIE ORANGE | OIL & GAS LEASE | $0.00 |
| 102 | Midstates Petroleum Company LLC | VIRGIL ORANGE | OIL & GAS LEASE | $0.00 |
| 103 | Midstates Petroleum Company LLC | FIONA DAWN OSAGE | OIL & GAS LEASE | $0.00 |
| 104 | Midstates Petroleum Company LLC | NAOMI WILSON PENA | OIL & GAS LEASE | $0.00 |
| 105 | Midstates Petroleum Company LLC | OPAL V ANDERSON PENNY | OIL & GAS LEASE | $0.00 |
| 106 | Midstates Petroleum Company LLC | RAY RUETHER RED CHERRIES | OIL & GAS LEASE | $0.00 |
| 107 | Midstates Petroleum Company LLC | LARENDA JEAN JONES HARJO | OIL & GAS LEASE | $0.00 |
| 108 | Midstates Petroleum Company LLC | DELORES TALLMEAT HARR | OIL & GAS LEASE | $0.00 |
| 109 | Midstates Petroleum Company LLC | CHRISTINE ANN HAWK | OIL & GAS LEASE | $0.00 |
| 110 | Midstates Petroleum Company LLC | FREDERICK E HAWK | OIL & GAS LEASE | $0.00 |
| 111 | Midstates Petroleum Company LLC | ROBERT LITTLE HAWK | OIL & GAS LEASE | $0.00 |
| 112 | Midstates Petroleum Company LLC | ROBERT PAUL HAWK | OIL & GAS LEASE | $0.00 |
| 113 | Midstates Petroleum Company LLC | SONYA JEAN HAWK | OIL & GAS LEASE | $0.00 |
| 114 | Midstates Petroleum Company LLC | VIRGINIA LYNN HAWK | OIL & GAS LEASE | $0.00 |
| 115 | Midstates Petroleum Company LLC | NANCY A WELBOURNE HERROD | OIL & GAS LEASE | $0.00 |
| 116 | Midstates Petroleum Company LLC | RAMONA R LANDRY | OIL & GAS LEASE | $0.00 |
| 117 | Midstates Petroleum Company LLC | EDMOND C GOSS BROWN | OIL & GAS LEASE | $0.00 |
| 118 | Midstates Petroleum Company LLC | MARGARET J ANTELOPE BROWN | OIL & GAS LEASE | $0.00 |
| 119 | Midstates Petroleum Company LLC | VIOLA M NANPUYA BURKE | OIL & GAS LEASE | $0.00 |
| 120 | Midstates Petroleum Company LLC | NORMA J NANPUYA CARDEN | OIL & GAS LEASE | $0.00 |
| 121 | Midstates Petroleum Company LLC | CARMEN C CLELLAND | OIL & GAS LEASE | $0.00 |
| 122 | Midstates Petroleum Company LLC | CAROL JEAN COLTZ | OIL & GAS LEASE | $0.00 |
| 123 | Midstates Petroleum Company LLC | AUDREY EASTMAN | OIL & GAS LEASE | $0.00 |
| 124 | Midstates Petroleum Company LLC | LILLIE J FRANKLIN | OIL & GAS LEASE | $0.00 |
| 125 | Midstates Petroleum Company LLC | DELBERT HAIL | OIL & GAS LEASE | $0.00 |
| 126 | Midstates Petroleum Company LLC | PAULINE ALICE TASSO JOHNSON | OIL & GAS LEASE | $0.00 |
| 127 | Midstates Petroleum Company LLC | HORACE HOWLINGWATER | OIL & GAS LEASE | $0.00 |
| 128 | Midstates Petroleum Company LLC | CHARLES HEAP OF BIRDS | OIL & GAS LEASE | $0.00 |
| 129 | Midstates Petroleum Company LLC | ALBERT K ANUARIO | OIL & GAS LEASE | $0.00 |
| 130 | Midstates Petroleum Company LLC | PAMELA SUE ORANGE ATAUVICH | OIL & GAS LEASE | $0.00 |
| 131 | Midstates Petroleum Company LLC | CORNELIUS A BATES | OIL & GAS LEASE | $0.00 |
| 132 | Midstates Petroleum Company LLC | THE HEIRS AND SUCCESSORS OF MRS. RUFUS GILBERT | OIL & GAS LEASE | $0.00 |
| 133 | Midstates Petroleum Company LLC | WASHITA OIL & GAS LLC | OIL & GAS LEASE | $0.00 |
| 134 | Midstates Petroleum Company LLC | TEDDY L YOUNGBEAR | OIL & GAS LEASE | $0.00 |
| 135 | Midstates Petroleum Company LLC | JESSICA R YOUNGBEAR | OIL & GAS LEASE | $0.00 |
| 136 | Midstates Petroleum Company LLC | ANDREA B YOUNGBEAR PATTERSON | OIL & GAS LEASE | $0.00 |
| 137 | Midstates Petroleum Company LLC | TERRILL RAY YOUNGBEAR | OIL & GAS LEASE | $0.00 |
| 138 | Midstates Petroleum Company LLC | MILLICENT MAE YOUNGBEAR | OIL & GAS LEASE | $0.00 |
| 139 | Midstates Petroleum Company LLC | GERALDINE B FARIS | OIL & GAS LEASE | $0.00 |
| 140 | Midstates Petroleum Company LLC | JOSEPH RAY LUNSFORD | OIL & GAS LEASE | $0.00 |
| 141 | Midstates Petroleum Company LLC | LUTHER LESLIE LUNSFORD | OIL & GAS LEASE | $0.00 |
| 142 | Midstates Petroleum Company LLC | MARSHALL TASSO BAXTER | OIL & GAS LEASE | $0.00 |
| 143 | Midstates Petroleum Company LLC | KATHRYN BELL | OIL & GAS LEASE | $0.00 |
| 144 | Midstates Petroleum Company LLC | HERSCHEL H BENTON | OIL & GAS LEASE | $0.00 |
| 145 | Midstates Petroleum Company LLC | JOE RYAN BLACKWOLF | OIL & GAS LEASE | $0.00 |
| 146 | Midstates Petroleum Company LLC | ROBERTA CURTIS BROMLEY | OIL & GAS LEASE | $0.00 |
| 147 | Midstates Petroleum Company LLC | JAMES HOWLINGWATER | OIL & GAS LEASE | $0.00 |
| 148 | Midstates Petroleum Company LLC | MARGARET R SANKEY | OIL & GAS LEASE | $0.00 |
| 149 | Midstates Petroleum Company LLC | BARBARA E CLAYTON | OIL & GAS LEASE | $0.00 |
| 150 | Midstates Petroleum Company LLC | ZENOMA TASSO | OIL & GAS LEASE | $0.00 |
| 151 | Midstates Petroleum Company LLC | GIGI PEOPLES | OIL & GAS LEASE | $0.00 |
| 152 | Midstates Petroleum Company LLC | DEBORAH E KING | OIL & GAS LEASE | $0.00 |
| 153 | Midstates Petroleum Company LLC | PAUL TALLBEAR | OIL & GAS LEASE | $0.00 |
| 154 | Midstates Petroleum Company LLC | JUANITA HEAP OF BIRDS | OIL & GAS LEASE | $0.00 |
| 155 | Midstates Petroleum Company LLC | RONNIE L BENTON | OIL & GAS LEASE | $0.00 |
| 156 | Midstates Petroleum Company LLC | MARVIN A TASSO | OIL & GAS LEASE | $0.00 |
| 157 | Midstates Petroleum Company LLC | AARON SMITH SR | OIL & GAS LEASE | $0.00 |
| 158 | Midstates Petroleum Company LLC | CODY G HOLLINSHEAD | OIL & GAS LEASE | $0.00 |
| 159 | Midstates Petroleum Company LLC | YOLANDA STARR | OIL & GAS LEASE | $0.00 |
| 160 | Midstates Petroleum Company LLC | RAYMOND J GOSS | OIL & GAS LEASE | $0.00 |
| 161 | Midstates Petroleum Company LLC | JEAN A COLEMAN | OIL & GAS LEASE | $0.00 |
| 162 | Midstates Petroleum Company LLC | NADINE SPENCER | OIL & GAS LEASE | $0.00 |
| 163 | Midstates Petroleum Company LLC | CUB M RIDDLE | OIL & GAS LEASE | $0.00 |
| 164 | Midstates Petroleum Company LLC | KIRBY MURRAY | OIL & GAS LEASE | $0.00 |
| 165 | Midstates Petroleum Company LLC | LANCE HANSEN | OIL & GAS LEASE | $0.00 |
| 166 | Midstates Petroleum Company LLC | RAMONA GOODHUNT | OIL & GAS LEASE | $0.00 |
| 167 | Midstates Petroleum Company LLC | JOHNNY EDWARDS IV | OIL & GAS LEASE | $0.00 |
| 168 | Midstates Petroleum Company LLC | NORTHERN DARRELL NANPUYA | OIL & GAS LEASE | $0.00 |
| 169 | Midstates Petroleum Company LLC | THOMAS MELENDEZ SR | OIL & GAS LEASE | $0.00 |
| 170 | Midstates Petroleum Company LLC | MARISA DEANNA MELENDEZ ARVISO | OIL & GAS LEASE | $0.00 |
| 171 | Midstates Petroleum Company LLC | GREGORY EUGENE ELLICK | OIL & GAS LEASE | $0.00 |
| 172 | Midstates Petroleum Company LLC | ADELLA KATHERINE GREEN | OIL & GAS LEASE | $0.00 |
| 173 | Midstates Petroleum Company LLC | BILLY RAY HAWK | OIL & GAS LEASE | $0.00 |
| 174 | Midstates Petroleum Company LLC | ROBERT R TASSO | OIL & GAS LEASE | $0.00 |
| 175 | Midstates Petroleum Company LLC | PHOEBE A REDBIRD | OIL & GAS LEASE | $0.00 |
| 176 | Midstates Petroleum Company LLC | JULIA HAWK RODRIGUEZ | OIL & GAS LEASE | $0.00 |
| 177 | Midstates Petroleum Company LLC | LUCY FLORENCE SCRAPER | OIL & GAS LEASE | $0.00 |
| 178 | Midstates Petroleum Company LLC | PENNY MARTY SCRAPER | OIL & GAS LEASE | $0.00 |
| 179 | Midstates Petroleum Company LLC | RICHARD EARL SCRAPER | OIL & GAS LEASE | $0.00 |
| 180 | Midstates Petroleum Company LLC | AARON SMITH | OIL & GAS LEASE | $0.00 |
| 181 | Midstates Petroleum Company LLC | EDWIN SMITH | OIL & GAS LEASE | $0.00 |
| 182 | Midstates Petroleum Company LLC | LORETTA J SMITH | OIL & GAS LEASE | $0.00 |

**MIDSTATES PETROLEUM COMPANY, INC., ET AL.**
**CASE NO. 16-32237**
**CONTRACTS TO BE ASSUMED**
**THIS EXHIBIT SUPPLEMENTS AND DOES NOT REPLACE THE SCHEDULE OF ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES FILED ON AUGUST 3, 2016 [DOCKET NO. 438]**

| No. | Debtor | Contract Counterparty | Contract Type | Cure Amount |
|---|---|---|---|---|
| 183 | Midstates Petroleum Company LLC | MAGGIE SMITH | OIL & GAS LEASE | $0.00 |
| 184 | Midstates Petroleum Company LLC | WILBUR DEAN SPANG | OIL & GAS LEASE | $0.00 |
| 185 | Midstates Petroleum Company LLC | TERRI L TASSO STEBENS | OIL & GAS LEASE | $0.00 |
| 186 | Midstates Petroleum Company LLC | FREDDIE TALLBEAR | OIL & GAS LEASE | $0.00 |
| 187 | Midstates Petroleum Company LLC | MOSES TALLBEAR | OIL & GAS LEASE | $0.00 |
| 188 | Midstates Petroleum Company LLC | WILLIAM D TALLBEAR | OIL & GAS LEASE | $0.00 |
| 189 | Midstates Petroleum Company LLC | THELMA A TARTSAH | OIL & GAS LEASE | $0.00 |
| 190 | Midstates Petroleum Company LLC | HENRY TASSO | OIL & GAS LEASE | $0.00 |
| 191 | Midstates Petroleum Company LLC | LORINDA JOYCE TASSO | OIL & GAS LEASE | $0.00 |
| 192 | Midstates Petroleum Company LLC | SAADIA J TASSO | OIL & GAS LEASE | $0.00 |
| 193 | Midstates Petroleum Company LLC | DEBRA T WATTS TEETER | OIL & GAS LEASE | $0.00 |
| 194 | Midstates Petroleum Company LLC | DANA RICHARD WALSH | OIL & GAS LEASE | $0.00 |
| 195 | Midstates Petroleum Company LLC | ROSE YELLOW EAGLE CARLSON WASSANA | OIL & GAS LEASE | $0.00 |
| 196 | Midstates Petroleum Company LLC | ELWIN P WELBOURNE | OIL & GAS LEASE | $0.00 |
| 197 | Midstates Petroleum Company LLC | RICHARD D WELBOURNE | OIL & GAS LEASE | $0.00 |
| 198 | Midstates Petroleum Company LLC | TENNYSON L WELBOURNE | OIL & GAS LEASE | $0.00 |
| 199 | Midstates Petroleum Company LLC | TERRI L WELBOURNE | OIL & GAS LEASE | $0.00 |
| 200 | Midstates Petroleum Company LLC | CHARLES MURRAY | OIL & GAS LEASE | $0.00 |
| 201 | Midstates Petroleum Company LLC | MICHELLE NANPUYA | OIL & GAS LEASE | $0.00 |
| 202 | Midstates Petroleum Company LLC | LAVONNE GOODBLANKET OLDMAN | OIL & GAS LEASE | $0.00 |
| 203 | Midstates Petroleum Company LLC | SHERON MARIE ORANGE | OIL & GAS LEASE | $0.00 |
| 204 | Midstates Petroleum Company LLC | VIRGIL ORANGE | OIL & GAS LEASE | $0.00 |
| 205 | Midstates Petroleum Company LLC | FIONA DAWN OSAGE | OIL & GAS LEASE | $0.00 |
| 206 | Midstates Petroleum Company LLC | NAOMI WILSON PENA | OIL & GAS LEASE | $0.00 |
| 207 | Midstates Petroleum Company LLC | OPAL V ANDERSON PENNY | OIL & GAS LEASE | $0.00 |
| 208 | Midstates Petroleum Company LLC | RAY RUETHER RED CHERRIES | OIL & GAS LEASE | $0.00 |
| 209 | Midstates Petroleum Company LLC | LARENDA JEAN JONES HARJO | OIL & GAS LEASE | $0.00 |
| 210 | Midstates Petroleum Company LLC | DELORES TALLMEAT HARR | OIL & GAS LEASE | $0.00 |
| 211 | Midstates Petroleum Company LLC | CHRISTINE ANN HAWK | OIL & GAS LEASE | $0.00 |
| 212 | Midstates Petroleum Company LLC | FREDERICK E HAWK | OIL & GAS LEASE | $0.00 |
| 213 | Midstates Petroleum Company LLC | ROBERT LITTLE HAWK | OIL & GAS LEASE | $0.00 |
| 214 | Midstates Petroleum Company LLC | ROBERT PAUL HAWK | OIL & GAS LEASE | $0.00 |
| 215 | Midstates Petroleum Company LLC | SONYA JEAN HAWK | OIL & GAS LEASE | $0.00 |
| 216 | Midstates Petroleum Company LLC | VIRGINIA LYNN HAWK | OIL & GAS LEASE | $0.00 |
| 217 | Midstates Petroleum Company LLC | NANCY A WELBOURNE HERROD | OIL & GAS LEASE | $0.00 |
| 218 | Midstates Petroleum Company LLC | RAMONA R LANDRY | OIL & GAS LEASE | $0.00 |
| 219 | Midstates Petroleum Company LLC | EDMOND C GOSS BROWN | OIL & GAS LEASE | $0.00 |
| 220 | Midstates Petroleum Company LLC | MARGARET J ANTELOPE BROWN | OIL & GAS LEASE | $0.00 |
| 221 | Midstates Petroleum Company LLC | VIOLA M NANPUYA BURKE | OIL & GAS LEASE | $0.00 |
| 222 | Midstates Petroleum Company LLC | NORMA J NANPUYA CARDEN | OIL & GAS LEASE | $0.00 |
| 223 | Midstates Petroleum Company LLC | CARMEN C CLELLAND | OIL & GAS LEASE | $0.00 |
| 224 | Midstates Petroleum Company LLC | CAROL JEAN COLTZ | OIL & GAS LEASE | $0.00 |
| 225 | Midstates Petroleum Company LLC | AUDREY EASTMAN | OIL & GAS LEASE | $0.00 |
| 226 | Midstates Petroleum Company LLC | LILLIE J FRANKLIN | OIL & GAS LEASE | $0.00 |
| 227 | Midstates Petroleum Company LLC | DELBERT HAIL | OIL & GAS LEASE | $0.00 |
| 228 | Midstates Petroleum Company LLC | PAULINE ALICE TASSO JOHNSON | OIL & GAS LEASE | $0.00 |
| 229 | Midstates Petroleum Company LLC | HORACE HOWLINGWATER | OIL & GAS LEASE | $0.00 |
| 230 | Midstates Petroleum Company LLC | CHARLES HEAP OF BIRDS | OIL & GAS LEASE | $0.00 |
| 231 | Midstates Petroleum Company LLC | ALBERT K ANUARIO | OIL & GAS LEASE | $0.00 |
| 232 | Midstates Petroleum Company LLC | PAMELA SUE ORANGE ATAUVICH | OIL & GAS LEASE | $0.00 |
| 233 | Midstates Petroleum Company LLC | CORNELIUS A BATES | OIL & GAS LEASE | $0.00 |