## **Plan Supplement**

**Exhibit A:**      Registration Rights Agreement

**Exhibit B:**      Redline