**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| MIDSTATES PETROLEUM COMPANY, INC., *et al.*,[1] | § | Case No. 16-32237 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## NOTICE OF FILING OF FOURTH SUPPLEMENT TO THE PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that on July 13, 2016, the United States Bankruptcy Court of the Southern District of Texas (the "Court") entered the order [Docket No. 388]: (a) authorizing Midstates Petroleum Company, Inc. and its debtor affiliate (together, the "Debtors") to solicit acceptances for the *First Amended Joint Chapter 11 Plan of Reorganization of Midstates Petroleum Company, Inc. and Its Debtor Affiliate* (as may be modified, amended, or supplemented from time to time, the "Plan");[2] (b) approving the *Disclosure Statement for the First Amended Joint Chapter 11 Plan of Reorganization of Midstates Petroleum Company, Inc. and Its Debtor Affiliate* as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE** that as contemplated by the Plan, the Plan Supplement contains the following documents: (a) the New Organizational Documents; (b) the New Credit Agreement; (c) the Schedule of Assumed Executory Contracts and Unexpired Leases; (d) a list of retained Causes of Action; (e) a document listing the members of the New Board; (f) the Registration Rights Agreement; (g) the form of the New Warrants; and (h) the Schedule of Rejected Executory Contracts and Unexpired Leases.

**PLEASE TAKE FURTHER NOTICE** that on August 3, 2016, the Debtors filed the *Notice of Plan Supplement* [Docket No. 438] (as may be altered, amended, modified, or supplemented from time to time, the "Plan Supplement").

**PLEASE TAKE FURTHER NOTICE** that on August 9, 2016, the Debtors filed the *Notice of Filing of First Supplement to Plan Supplement* [Docket No. 455].

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Midstates Petroleum Company, Inc. (1816) and Midstates Petroleum Company LLC (2434). The debtors' service address is: 321 South Boston, Suite 1000, Tulsa, Oklahoma 74103.

[2] Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE** that on August 10, 2016, the Debtors filed the *Notice of Filing of Second Supplement to Plan Supplement* [Docket No. 476].

**PLEASE TAKE FURTHER NOTICE** that on August 18, 2016, the Debtors filed the *Notice of Filing of Amended Second Supplement to Plan Supplement* [Docket No. 509].

**PLEASE TAKE FURTHER NOTICE** that on August 18, 2016, the Debtors filed the Notice of Filing of Third Supplement to Plan Supplement [Docket No. 511].

**PLEASE TAKE FURTHER NOTICE** that this Fourth Supplement to the Plan Supplement includes the following documents as part of the Plan Supplement, as may be modified, amended, supplement from time to time in accordance with the Plan:

**Exhibit A:**   Identities of the Members of the New Board and Officers of the Reorganized Debtors; and

**Exhibit B:**   Schedule of Rejected Executory Contracts and Unexpired Leases.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have previously filed the following documents as part of the Plan Supplement:

- The New Credit Agreement [Docket No. 438, Ex. A] (Summary of Terms and Conditions);

- The New Organizational Documents [Docket No. 455, Ex. A];

- The Schedule of Assumed Executory Contracts and Unexpired Leases [Docket No. 438, Ex. C], as supplemented [Docket No. 509, Ex. A];

- The List of Retained Causes of Action [Docket No. 438, Ex. D];

- The Registration Rights Agreement [Docket No. 511, Ex. A]; and

- The Form of the New Warrants [Docket No. 438, Ex. G].

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to alter, amend, modify, or supplement any document in the Plan Supplement in accordance with the Plan; *provided* that if any document in the Plan Supplement is altered, modified, or supplemented in any material respect, the Debtors will file a revised version of such document with the Court.

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Court will consider Confirmation of the Plan (the "Confirmation Hearing") will commence on **September 26, 2016, at 1:30 p.m.**, prevailing Central Time.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in the above-captioned chapter 11 cases are available free of charge by visiting http://www.kccllc.net/midstates or by

calling (888) 733-1446 (toll free) or +1 (310) 751-2635 (international).  You may also obtain copies of any pleadings filed in these chapter 11 cases by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

Houston, Texas                  */s/ Joshua A. Sussberg, P.C.*

Dated:  September 23, 2016      Patricia B. Tomasco (TX Bar No. 01797600)
                                Matthew D. Cavenaugh (TX Bar No. 24062656)
                                Jennifer F. Wertz (TX Bar No. 24072822)
                                **JACKSON WALKER L.L.P.**
                                1401 McKinney Street, Suite 1900
                                Houston, Texas 77010
                                Telephone:    (713) 752-4200
                                Facsimile:    (713) 752-4221
                                Email:        ptomasco@jw.com
                                              mcavenaugh@jw.com
                                              jwertz@jw.com

                                -and-

                                Edward O. Sassower, P.C. (admitted *pro hac vice*)
                                Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
                                **KIRKLAND & ELLIS LLP**
                                **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                601 Lexington Avenue
                                New York, New York 10022
                                Telephone:    (212) 446-4800
                                Facsimile:    (212) 446-4900
                                Email:        edward.sassower@kirkland.com
                                              joshua.sussberg@kirkland.com

                                -and-

                                James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
                                William A. Guerrieri (admitted *pro hac vice*)
                                Jason Gott (admitted *pro hac vice*)
                                **KIRKLAND & ELLIS LLP**
                                **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                300 North LaSalle
                                Chicago, Illinois 60654
                                Telephone:    (312) 862-2000
                                Facsimile:    (312) 862-2200
                                Email:        james.sprayregen@kirkland.com
                                Email:        will.guerrieri@kirkland.com
                                Email:        jason.gott@kirkland.com


                                *Counsel to the Debtors and Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on September 23, 2016, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Joshua A. Sussberg, P.C.*
One of Counsel

## **Plan Supplement**

**Exhibit A:**   Identities of the Members of the New Board and Officers of the Reorganized Debtors

**Exhibit B:**   Schedule of Rejected Executory Contracts and Unexpired Leases

**<u>Exhibit A</u>**

**Identities of the Members of the New Board and Officers of the Reorganized Debtors**

**Identities of the Members of the New Board and Officers of the Reorganized Debtors**

In accordance with Article IV.M of the Plan and section 1129(a)(5) of the Bankruptcy Code, the Debtors hereby disclose the identities and affiliations of the members of the board of directors of the Reorganized Debtors and the officers and other executives of the Reorganized Debtors who will serve on the Effective Date and who have been identified as of the date hereof, together with the nature of the compensation to be paid to such individuals.

**List of Members of the New Board and Nature of Compensation.**

- *Frederic F. Brace* has served as the Debtors' Interim President and Chief Executive Officer since March 18, 2015 and as a member of the Debtors board of directors since March 9, 2015. Mr. Brace has over twenty years of experience in business management and board representations. He is currently Chairman and Chief Executive Officer of Beaucastel LLC and Sangfroid Advisors Ltd. From 1988 to 2008, Mr. Brace worked at the UAL Corporation (now United Continental Holdings, Inc.), the parent company of United Airlines, Inc. and Continental Airlines, Inc., where he served as Executive Vice President and Chief Financial Officer of UAL Corporation and United Airlines, Inc. from 2002 to 2008. From August 2013 to December 2014 Mr. Brace served first as Senior Advisor and then as President of Niko Resources, Ltd., and currently serves as a member of the board of directors of Niko Resources. Additionally, Mr. Brace is currently a member of the board of directors of Anixter International, iHeartMedia, Inc., and several private companies and has previously served on the board of numerous public and private companies. He received his B.S. degree in Industrial Engineering from the University of Michigan, and his MBA degree with a specialization in finance from the University of Chicago Graduate School of Business.

- *Alan J. Carr* has served as a member of the Debtors' board of directors since March 9, 2015. Mr. Carr is an investment professional with twenty years of experience working from the principal and advisor side on complex, process-intensive financial situations. Mr. Carr is the founder of Drivetrain Advisors, a fiduciary services firm that supports the investment community in legally- and process-intensive investments as a representative, director, or trustee. Prior to founding Drivetrain Advisors in 2013, Mr. Carr was a Managing Director at Strategic Value Partners, LLC where he led financial restructurings for companies in North America and Europe, working in both the US and Europe over nine years. Prior to joining Strategic Value Partners, Mr. Carr was a corporate attorney at Skadden, Arps, Slate, Meagher & Flom. Mr. Carr currently serves on boards of a variety of companies in North America, Europe, and Asia. Mr. Carr received a B.A. degree in Economics and Sociology from Brandeis University, and a J.D. from Tulane Law School.

- *Patrice Douglas* is the President of Emerging Markets of Premier Consulting Partners, a financial services company, as well as an attorney with the law firm of Latham Wagner Steele and Lehman, where she is Of Counsel. Ms. Douglas currently serves as a member of the board of directors of Avondale Acquisition Corp., ACP Sheet Metal Company, and UR Special Ministries. She previously was a Commissioner at the Oklahoma Corporation Commission, where she served as Vice-Chairman from February 2014 to January 2015 and as Chairman from August 2012 to February 2014. Her prior professional experience includes service as an Executive Vice President of First Fidelity Bank from 2008 to 2011, and as

President, Greater OKC Metro Market, of SpiritBank from 2004 to 2008. Ms. Douglas was elected Mayor of the City of Edmond, Oklahoma in April 2009 and served for two consecutive terms. Ms. Douglas earned a B.S. degree in computer information systems from Oklahoma Christian University, and a J.D. from the University of Oklahoma College of Law.

- *Neal P. Goldman* is a Managing Partner of SAGE Capital Investments, LLC, a consulting firm specializing in independent board of director services, proxy contest advising, strategic planning, and special situation investments.  Mr. Goldman is an investment professional with over twenty years of experience.  Prior to joining SAGE Capital, Mr. Goldman was a Managing Director at Och Ziff Capital Management, L.P. from 2014 through 2016, and was a Founding Partner of Brigade Capital Management, LLC in 2007.  Mr. Goldman's numerous board representations include roles as an independent member of the boards of directors of Lightsquared, Inc., Pimco Income Strategy Fund I & II, and Catalyst Paper Corporation, and a member of the boards of directors of Jacuzzi Brands and NII Holdings, Inc.  Mr. Goldman received a B.A. degree from the University of Michigan and a MBA degree from the University of Illinois.

- *Todd R. Snyder* is an Executive Vice Chairman of North American GFA and Co-Chair of the North American Debt Advisory and Restructuring Group of Rothschild Inc., a leading international investment banking and financial advisory firm.  Mr. Snyder has been an advisor to companies in restructurings and reorganizations for twenty-eight years, and has been instrumental in a diverse selection of complex transactions including reorganizations, restructurings, financings, spinoffs, workouts, exchange offers, mergers, divestitures and management led buyouts.  Before joining Rothschild, Mr. Snyder was a Managing Director in the Restructuring and Reorganization group at Peter J. Solomon Company, and a Managing Directors at KPMG Peat Marwick in the Corporate Recovery group where he was also National Director of the Corporate Recovery Practice for Governmental Enterprises (regulated and privatizing industries).  Prior to moving to the investment banking field, Mr. Snyder practiced law in the Business Reorganization department of Weil, Gotshal & Manges.  Mr. Snyder received a B.A. degree from Wesleyan University, and a J.D. from the University of Pennsylvania Law School.

- *Michael S. Reddin* currently serves on the board of directors of Southcross Holdings GP LLC, a privately-owned midstream company, and has extensive experience in business management and board representations in the oil and gas industry, including with companies such as Berry Petroleum Company, Gulfport Energy, Davis Petroleum Corp., and Kerogen Resources, Inc.  Most recently, Mr. Reddin was the chairman of the board, president and chief executive officer of Davis Petroleum Corp.  Prior to joining Davis Petroleum Corp., Mr. Reddin was the president and chief executive officer of Keorgen Resources, Inc., and before that held two separate vice president roles at BP America, Inc. in the Deepwater Gulf of Mexico (BP's largest upstream unit) related to development and production.  Mr. Reddin received a B.S. degree in Mechanical Engineering from Texas A&M University.

- *Bruce H. Vincent* served as a director of Swift Energy Company from May 2005 until February 2015 and as President of the Company from November 2004 until February 2015. Mr. Vincent previously served in a variety of strategic roles for Swift Energy, including Secretary of the Company from February 2008 until August 2012 and from August 2000

2

until May 2005, as Executive Vice President—Corporate Development from August 2000 to November 2004, and as Senior Vice President—Funds Management from 1990 (when he joined the Company) to 2000.  Mr. Vincent has previously acted as chairman of the Independent Petroleum Association of America.  Mr. Vincent received a B.A. degree from Duke University, and an MBA degree from the University of Houston.

Director compensation will be determined by the applicable New Board.  The Reorganized Debtors reserve the right to select different or additional board members and set compensation according to policies to be adopted on or after the Effective Date.

**List of Officers of the Reorganized Debtors and Nature of Compensation.**

The existing officers of the Debtors as of the Petition Date shall remain in their current capacities as officers of the Reorganized Debtors, subject to the ordinary rights and powers of the New Board to remove or replace them in accordance with the New Organizational Documents and applicable employment agreements.  Compensation terms for these officers are set forth in the Management Compensation Term Sheet attached as Exhibit B to the Plan.

## Exhibit B

**Schedule of Rejected Executory Contracts and Unexpired Leases**

**MIDSTATES PETROLEUM COMPANY, INC., ET AL.**
**CASE NO. 16-32237**
**CONTRACTS TO BE REJECTED**

| Contract Counterparty | Contract Type |
|---|---|
| Robert Horne | Employee Termination Contract |
| Robert Horne | Equity - Subscription Agreement |
| BAKER HUGHES OILFIELD OPERATIONS | CHEMICALS AGREEMENT |
| BAKER HUGHES OILFIELD OPERATIONS | ARTIFICIAL LIFT SYSTEMS PRICING AND SERVICE AGREEMENT |
| SHORENSTEIN REALTY SERVICES LP | ELECTION LETTER |
| Shorenstein Realty Services, LP | Office Lease |
| SRI NINE FIVE POP LP  C/O SHORENSTEIN COMPANY LLC | OFFICE LEASE |
| Goldman Sachs | Engagement Letter |
| DRILLING INFO | SUBSCRIPTION AGREEMENT |
| DRILLING INFO INC | SUBSCRIPTION AGREEMENT-ORDER FORM |
| DRILLING INFO, INC | SUBSCRIPTION AGREEMENT |
| REMORA PETROLEUM LP | LETTER AGREEMENT (Section 26, Township 25 North, Range 13 West of the I.M., Woods County, OK)- Signed 2/24/14 |
| REMORA PETROLEUM LP | LETTER AGREEMENT (Section 23, Township 25 North, Range 13 West of the I.M., Woods County, OK)- Signed 2/24/14 |
| UNIT PETROLEUM COMPANY | ELECTION LETTER - Dated 10/08/07 |
| UNIT PETROLEUM COMPANY | ELECTION LETTER - Dated 07/02/12 |
| CHAPARRAL ENERGY LLC | AREEMENT TO AMEND PRE-POOLING AGREEMENT DATED AUGUST 28, 2012 |
| CHAPARRAL ENERGY LLC | Election Letter - Dated 3/14/11 |
| Repsol E & P USA, Inc. | Election Letter - Dated 05/04/12 |
| AL PETRIE | CONFIDENTIALITY AGREEMENT |
| Al Petrie | Agreement |
| Al Petrie Advisors, LLC | Media Relations Agreement |
| RBC CAPITAL MARKETS, LLC | Vendor Agreement |
| RBC Capital Markets, LLC | Agreement |
| Oracle America, Inc. | Crystal Ball Contract # 7088868 |