IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| MIDSTATES PETROLEUM COMPANY, INC., *et al.*,[1] | § § § | Case No. 16-32237 (DRJ) |
| Debtors. | § § § | (Jointly Administered) |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION
TO (I) STRIKE APPLICATION FOR ORDER UNDER 11 U.S.C. §§ 328(A) AND 1103(A)
AUTHORIZING THE EMPLOYMENT OF MEE MEE HOGE & EPPERSON, PLLP AS
TESTIFYING EXPERTS FOR THE OFFICIAL COMMITTEE OF CREDITORS *NUNC
PRO TUNC* TO AUGUST 24, 2016 AND (II) EXCLUDE ANY TESTIMONY FROM
KRAETTLI Q. EPPERSON AND JOSHUA C. GREENHAW**
[This Order Relates to Dkt. No. ____]

The Court has considered the Emergency Motion to (I) Strike Application for Order Under 11 U.S.C. §§ 328(A) and 1103(A) Authorizing the Employment of Mee Mee Hoge & Epperson, PLLP as Testifying Experts for the Official Committee of the Unsecured Creditors *Nunc Pro Tunc* to August 24, 2016 and (II) Exclude Any Testimony from Kraettli Q. Epperson and Joshua C. Greenhaw (the "Motion") filed by the above-referenced Debtors. The Court, after considering the Motion, any responses thereto, and the arguments of counsel, if any, is of the opinion that the Motion has merit and should be granted. It is therefore,

ORDERED that the Application for Order Under 11 U.S.C. §§ 328(A) and 1103(A) Authorizing the Employment of Mee Mee Hoge & Epperson, PLLP as Testifying Experts for the Official Committee of the Unsecured Creditors *Nunc Pro Tunc* to August 24, 2016 (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Midstates Petroleum Company, Inc. (1816) and Midstates Petroleum Company LLC (2434). The debtors' service address is: 321 South Boston, Suite 1000, Tulsa, Oklahoma 74103.

"Application") [Dckt. No. 668] and accompanying Epperson Declaration [Dckt. No. 670] (as defined in the Motion) are hereby stricken; it is further

ORDERED that the respective expert reports of each of Joshua C. Greenhaw ("Greenhaw") and Kraettli Q. Epperson ("Epperson") are hereby stricken; and it is further

ORDERED that neither Greenhaw or Epperson are permitted to testify in the above-referenced matter in the confirmation hearing set beginning September 26, 2016.

Dated: _____

ZZZZ