

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/27/2016

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 16-32237 |
| | § | |
| MIDSTATES PETROLEUM COMPANY LLC | § | CASE NO: 16-32238 |
| | § | |
| | § | Jointly Administered Order |
| MIDSTATES PETROLEUM COMPANY, INC., *et al* | § | CHAPTER 11 |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

## ORDER
**(Docket No. 668)**

The Application for Order Under 11 U.S.C. §§ 328(A) And 1103(A) Authorizing the Employment of Mee Mee Hoge & Epperson, PLLP as Testifying Experts for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 24, 2016 is denied. *See* Bankruptcy Local Rule 2014-1(b).

**SIGNED: September 27, 2016.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE