

ENTERED

12/12/2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **MIDSTATES PETROLEUM** | § | **Chapter 11** |
| **COMPANY, INC.** *et al.*,[1] | § | **Case No. 16-32237 (DRJ)** |
| | § | **Jointly Administered** |
| **Debtor.** | § | |
| | § | |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF BERKELEY
RESEARCH GROUP, LLC FOR ALLOWANCE AND PAYMENT OF FEES AND
EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD FROM
MAY 18, 2016 THROUGH OCTOBER 21, 2016**
**[Docket No. 752 ]**

This matter came on for consideration upon the First and Final Fee Application of Berkeley Research Group, LLC for Allowance and Payment of Fees and Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from May 18, 2016 through October 21, 2016 (the "Application") filed by Berkeley Research Group, LLC (the "Applicant"); and it appearing to the Court that notice of the Application is sufficient and appropriate and in accordance with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this District; it is hereby

ORDERED that the Application is APPROVED in the amount of $2,162,774.90, which amount consists of fees in the amount of $2,144,987.50 and expenses in the amount of $17,787.40 as allowed administrative expenses of this estate for the period of May 18, 2016 through October 21, 2016; it is further

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Midstates Petroleum Company, Inc. (1816) and Midstates Petroleum Company LLC (2434). The Debtors' service address is: 321 South Boston, Suite 1000, Tulsa, Oklahoma 74103.

1

5902115v1

2

ORDERED that Applicant is awarded final fees and expenses in the total amount of $2,162,774,90 which amount consists of $2,144,987.50 in fees and $17,787.50 in expenses as an allowed chapter 11 administrative expense claim of Applicant against the estate; and it is further

ORDERED that the Debtor is authorized ~~and directed forthwith~~ to disburse to Applicant the ~~total amount of $XXXXXXX finally approved~~ awarded compensation ~~hereby~~, less interim compensation and reimbursement of expenses received by Applicant pursuant to prior orders of this Court.

Signed: December 12, 2016.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

5902115v1