

ENTERED
12/22/2016

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| MIDSTATES PETROLEUM COMPANY, INC., *et al.*,[1] | § | Case No. 16-32237 (DRJ) |
|  | § |  |
| Reorganized Debtors. | § | (Jointly Administered) |
|  | § |  |

**ORDER GRANTING FIRST INTERIM AND FINAL APPLICATION OF SQUIRE
PATTON BOGGS (US) LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

(Docket No. 762)

Upon the *First Interim and Final Application of Squire Patton Boggs (US) LLP, as Counsel to the Official Committee of Unsecured Creditors, for Allowance and Payment of Compensation and Reimbursement of Expenses* (the "<u>Fee Application</u>")[2] (Doc. No. 762) filed by Squire Patton Boggs (US) LLP ("<u>Squire</u>"), the United States Bankruptcy Court for the Southern District of Texas hereby orders as follows:

1. The Fee Application is granted as set forth herein, and the objection to the Fee Application filed by the United States Trustee (Doc. No. 800) is overruled.

2. Compensation to Squire for all professional services rendered and expenses incurred is allowed on a final basis in the amount of $3,500,000.00, of which $1,994,863.12 remains unpaid after deduction of amounts previously paid to Squire.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Midstates Petroleum Company, Inc. (1816) and Midstates Petroleum Company LLC (2434). The Debtors' service address is: 321 South Boston Avenue, Suite 1000, Tulsa, Oklahoma 74103.

[2] Capitalized terms used but not defined herein shall have the meanings given in the Fee Application.

3.      The Reorganized Debtors are authorized to pay Squire all fees and expenses allowed pursuant to this Order, less any amounts previously paid under the Interim Compensation Order (Doc. No. 305), in the amount of $1,994,863.12.

4.      Squire is solely responsible for paying the professional fees and expenses incurred by Mee Mee Hoge & Epperson, PLLP, Hameline & Eccleston, LLP, Andrews Davis, PC, and Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. (the "Additional Committee Professionals") as requested in each of their respective final fee applications, and the Debtors shall have no liability to the Additional Committee Professionals notwithstanding the orders previously entered awarding compensation to the Additional Committee Professionals.

5.      This Order is effective immediately upon entry.

**Signed:  December 22, 2016.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

-2-